UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
04/10/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Kole Hughes, Plaintiff

04/1/2023

v.

John Plasse et al,
Witlock,
Chalos,
REGAN,
Defendants.

2:23-cv-183-MPB-MKK

The Plaintiff Motions to file complaint of Civil Rights violations upon said Defendants in United States District Court, Southern District of INDIANA TERRE HAUTE Division.

On January 13th, 2023 Plaintiff informed VIGO COUNTY JAIL STAFF that he was in fear of his life and needed to be removed from L-Block Pod 2. Approximately 7:00pm female officer REGAN told Plaintiff "HE WILL NOT BE MOVED YOUR just as BAD AS THE REST OF THEM!" Plaintiff Asked to be removed several times after but continued to be denied.

On March 13th, 2023 Plaintiff was attacked Approximately 5:45pm by another Inmate, the same Inmate that attacked him in his sleep on January 13th, 2023 which made the Plaintiff ask to be remove in the first place. Plaintiff now serving time in a confinement block being wrote up due to defending himself. Plaintiff recieved 120 DAYS MAX after several attempts to avoid situation. Plaintiff suffered head injury causing severe headaches and mental anguish. Officer chalos and Officer Beeler witness severe blows to the head of Plaintiff while he was unaware.

Said Defendants committed the following Acts violating the Plaintiff civil Rights under the umbrella of The United STATES code title 42 chapter 21, sub chapter 1 section 1983 (under color of law). As the above name person are included in the 1983 Action, and they also violated the 8th Amendment of Constitutional Law, which substantiates a MisPrison of Felony violation. Also the acts of Gross NEGLIGENCE, DELIBERATE INDIFFERENCE and DERELICTION OF DUTY denying Plaintiff to be removed from Block when he felt his life was in danger. That's why they created the seperatees rule for Inmates PROTECTION but theres NO VIGO COUNTY JAIL HANDBOOK available at 600 W. Honey Creek Drive Facility.

For Damages of the Plaintiff mental Anguish of being Ignored by staff and Mocked by staff, with DELIBERATE Indifferent care of VCJ staff. The Plaintiff request the following Compensation for needless physical Insure, emotional and MENTAL TRAMA $50,000.00 to be paid to Plaintiff $1,000.00 per week for 50 weeks and the said Compensation is Immune from "ANY" and all Bankrupt Actions. Each defendant is responsible the redress of said damages amount, and have weekly Amount deposited into Plaintiffs Account NO LATER THAN 12am of Each FRIDAY of each WEEK with a 10% charge of Late Fee Compounded daily of the total amount to be paid $50,000.00.