UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| KOLE HUGHES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:23-cv-00183-MPB-MKK |
| | ) | |
| JOHN PLASSE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Order Dismissing Action**

Kole Hughes, an inmate at the Vigo County Jail, brought this action alleging that jail staff ignored his safety concerns, leading to an attack by another inmate. The Court screened and dismissed Mr. Hughes's amended complaint because it failed to allege that any named defendant was responsible for a constitutional violation. Dkt. 16 at 2. In the same order, the Court allowed Mr. Hughes an opportunity to file a second amended complaint on or before September 1, 2023. *Id.* at 3. The Court warned, "If no amended complaint is filed, this action will be dismissed without further notice or opportunity to show cause." *Id.* at 4.

Mr. Hughes has not filed an amended complaint, and his deadline to do so has long passed. Accordingly, this action is **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted. Final judgment in accordance with this Order and the Court's screening order dated August 2, 2023, dkt. 16, shall now issue.

**IT IS SO ORDERED.**

Dated: October 18, 2023

*(signature)*

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

KOLE HUGHES
38067
VIGO COUNTY JAIL
VIGO COUNTY JAIL
600 W. Honey Creek Dr.
Terre Haute, IN 47802