UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| KOLE HUGHES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 2:23-cv-00183-MPB-MKK |
| JOHN PLASSE, WITLOCK, CHALOS, REGAN, | ) ) ) ) ) ) |
| Defendants. | ) |

**Final Judgment**

The court now enters final judgment. This action is **DISMISSED with prejudice**.

Dated: October 18, 2023

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

KOLE HUGHES
38067
VIGO COUNTY JAIL
VIGO COUNTY JAIL
600 W. Honey Creek Dr.
Terre Haute, IN 47802